UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-216-BLW |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER |
| vs. | ) ) | |
| JASON SCHEPERS, | ) ) | |
| Defendant. | ) ) | |

Based upon the Stipulation for Protective Order (Docket No. 8) filed by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation (Docket No. 8) is APPROVED and discovery shall be limited, pursuant to Federal Rule of Criminal Procedure 16(d), as follows:

1. The Government will provide the recordings identified by bates # 000117 and 000118 to Defense Counsel. Defense Counsel is prohibited from copying and/or disseminating the recordings to any person or entity, other than Defense Counsels' employees, investigators, or agents. Defense Counsels' employees, investigators, or agents, shall also not provide the recordings or any copies thereof to any other persons.

2. Defendant may review the recordings identified by bates # 000117 and 000118 while in Defense Counsel's possession. The recordings will remain in Defense Counsel's possession and a copy will not be provided to defendant or other persons, except as provided herein. Defendant shall not maintain possession of

the recordings.

DATED: July 24, 2018

B. Lynn Winmill
Chief U.S. District Court Judge